IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACTION MANUFACTURING CO., INC., et al. | : ; : | |
| Plaintiffs, | : : | |
| v. | : : | No. 02-CV-8964 |
| SIMON WRECKING COMPANY, et al. | : : | |
| Defendants. | : | |

**ORDER**

This _27th_ day of _April_ 2007, it is **ORDERED** that: Defendant's Motion for Bond (docket entry # 686) is DENIED AS MOOT in light of this Court's Order of December 20, 2006 (docket entry # 703).

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

O:\ABB 2007\Simon Wrecking moot bond.doc